

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-20-00020-CR**

**IN RE JOHNNY P. WARREN**

_____

**Original Proceeding**

_____

**MEMORANDUM OPINION**

_____

Johnny P. Warren's Petition for Writ of Mandamus, filed on January 15, 2020, is

denied.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Petition denied
Opinion delivered and filed March 4, 2020
Do not publish
[OT06]

